MARY M. KEOGAN, as Administratrix, etc., of PATRICK J. KEOGAN, Deceased, Substituted as Respondent, v. WILLIAM F. KENNY, Appellant.— In an action to declare a trust, enforce its terms, and for an accounting, judgments in favor of the plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Johnston and Adel, JJ.

KING DRUG STORES, INC., Respondent, v. RAMSGATE REALTY CORPORATION, Appellant, and Others, Defendants.— Order denying motion of defendant Ramsgate Realty Corporation to stay plaintiff from all further proceedings until the payment of costs in a prior action affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur. [152 Misc. 41.]

STANLEY KURZ, an Infant, by JACOB KURZ, His Guardian ad Litem, and JACOB KURZ, Appellants, v. CAMP SWAGO, INC., and WHITE STUDIOS, INC., Respondents. — Action to recover damages for personal injuries sustained by the infant plaintiff while staying at a camp maintained by one of the defendants, and by his father to recover for medical expenses and loss of services. The injuries were sustained when the infant plaintiff tripped on a home base plate that had been removed from a ball field and thrown in adjacent grass, as alleged, by the direction of an employee of the other defendant. Judgment dismissing complaint at the close of plaintiffs' case unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ.

THE LARCHMONT NATIONAL BANK AND TRUST COMPANY, Respondent, v. ZEBULON HOLDING CORPORATION and Others, Defendants, and V. ANN DEVLIN, Appellant:— Order denying motion of defendant V. Ann Devlin to vacate a judgment as against her on the ground that she was not served with process affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ., concur.

ELSIE McKABA and GEORGE McKABA, Respondents, v. AMEEN G. SAMARA and FRED SAMARA, Appellants.— Order denying motion to dismiss the complaint without prejudice modified by providing that plaintiffs shall pay defendants ten dollars costs within ten days after the entry of the order hereon. As so modified the order is affirmed, with ten dollars costs and disbursements to appellants. No opinion. Lazansky, P. J., Young, Carswell, Johnston and Taylor, JJ., concur.